```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH ARCHBOLD                  :       CIVIL ACTION
                                :
        v.                      :
                                :
BENEFICIAL SAVINGS BANK         :       NO. 12-4951
```

ORDER

AND NOW, this 11th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Beneficial Savings Bank to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED as moot; and

(2) the Clerk enter judgment in favor of plaintiff Sarah Archbold and against defendant Beneficial Savings Bank in accordance with plaintiff's acceptance of the offer of judgment under Rule 68 of the Federal Rules of Civil Procedure.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                       J.